No. 72–5286. McGee v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5287. Wetzel v. Blackledge, Warden. C. A. 4th Cir. Certiorari denied.

No. 72–5288. Hessler v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–5289. Frierson v. Spruill, Judge, et al. C. A. 4th Cir. Certiorari denied.

No. 71–1380. Caldwell, Warden v. Mathis. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 71–6550. Davidson v. Warden, California State Prison at San Quentin. Sup. Ct. Cal. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–6885. Hillen v. Director, Department of Social Service and Housing et al. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 71–6927. Jashunsky v. Illinois. Sup. Ct. Ill. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–16. Karr et al. v. Schmidt et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–227. Waller v. City of St. Petersburg. Sup. Ct. Fla. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–238. Birch v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.